STATE OF LOUISIANA                    NO. 22-K-159

VERSUS                                FIFTH CIRCUIT

CHAD ALLEMAN                          COURT OF APPEAL

                                      STATE OF LOUISIANA


FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

*Susan S. Buchholz*
Susan S. Buchholz
First Deputy, Clerk of Court

                    April 18, 2022

                  Susan Buchholz
                  First Deputy Clerk


**IN RE** CHAD ALLEMAN

---

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-NINTH JUDICIAL DISTRICT COURT,
PARISH OF ST CHARLES, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE
TIMOTHY S. MARCEL, DIVISION "E", NUMBER 16,158

---

Panel composed of Judges Marc E. Johnson,
Hans J. Liljeberg, and John J. Molaison, Jr.


### WRIT GRANTED, IN PART

The relator, Chad Alleman, filed the instant writ application which seeks to compel the trial court to rule upon his writ of habeas corpus. The relator contends that he received an order from the district court on March 23, 2022; however, it incorrectly identified both his name and his current charge. Relator contends that he was previously informed that he has a pending theft charge in St. Charles Parish. The order relator attached to his writ application, issued in district court case no. 16-0158, contains the name "Chad Allen" and refers to simple burglary charges. It appears that the relator is also seeking a review of the merits of the order that allegedly contains the incorrect information.[1] Finally, the relator asks this Court to order the district court to "resolve" his prosecution.

We grant the writ, in part, and remand the matter to the trial court for a determination on whether the order at issue contains incorrect information. If, as the relator suggests, the trial court has already made a ruling on relator's writ of habeas corpus but incorrectly identified the relator, then the trial court is ordered to make the appropriate corrections and re-issue its ruling. In the event the order at issue has the correct information, the trial court is ordered to re-issue the order, with a brief explanation to confirm that relator and the defendant, Chad Allen, referenced in case no. 16-0158 cited above are the same individual. Because the

---

[1] To the extent that the relator challenges the merits of the order of March 23, 2022, his writ application is deficient under Uniform Rules, Courts of Appeal Rule 4-3, as it does not contain a notice of intent or a return date.

accuracy of the order is unclear at this time, we pretermit consideration of the merits of the relator's writ application.

Gretna, Louisiana, this 18th day of April, 2022.

**JJM**
**MEJ**
**HJL**

2

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

NANCY F. VEGA
CHIEF DEPUTY CLERK

SUSAN S. BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **04/18/2022** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**22-K-159**

CURTIS B. PURSELL
CLERK OF COURT

### E-NOTIFIED

29th Judicial District Court (Clerk)
Honorable Timothy S. Marcel (DISTRICT JUDGE)
No Attorney(s) were ENOTIFIED

### MAILED

Chad Alleman #20146 (Relator)
Plaquemine Parish Detention Center
Post Office Box 67
Pointe à la Hache, LA 70082

Hon. Joel T. Chaisson, II (Respondent)
District Attorney
Twenty-Ninth Judicial District Court
Post Office Box 680
Hahnville, LA 70057